UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL JAMES, LLC a Florida limited liability
company doing business as Pine Ridge
Coachworks,

          Plaintiff,

-vs-                                          Case No. 2:08-cv-716-FtM-36SPC

PINE RIDGE IMPORTS OF NAPLES, INC. a
Florida corporation; RICHARD E. BRAVIERI
individually; MARGRET J. BRAVIERI
individually; VARIOUS JOHN DOES; VARIOUS
JANE DOES; ABC COMPANIES,

          Defendants.
_____

## ORDER

This matter comes before the Court on the Defendants, Margret J., and Michael Bravieri's Motion to Enlarge the Case Management and Scheduling Order Deadlines and/or Stay Discovery (Doc. #143) filed on March 5, 2010. The Plaintiff Michael James, LLC, filed its Response in Opposition to the Motion (Doc. # 147). The Defendants, Margaret and Richard Bravieri filed a Motion to file a Reply to Plaintiff's Opposition to Defendants' Motion to Extend Discovery (Doc. # 148) on March 11, 2010. The Motion is now ripe for the Court's review.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

As grounds for the extension of time, the Defendants state that at the time the Case Management and Scheduling Order (CMSO) was issued, the third party Defendants Robin Schrock, Naples Body & Fender, J & K SW FL Enterprises, LLC., Joseph and Kevin Bronchack were not parties to the action. Since they have been added, the Defendants argue that the current CMSO is no longer viable. The Motion to Enlarge the CMSO is unopposed.

Since the CMSO was issued, this case has been delayed by a Motion to Enforce the Settlement Agreement which essentially stayed the case for over six months, five(5 ) new parties have been added, and the case is still in the early stages of discovery. Therefore, the Court finds good cause to grant the enlargement of the CMSO.

The Defendants also move to stay all discovery pending a ruling by the District Court on the Motions to Dismiss and/or the Magistrate Judge's Report and Recommendation. With the Court granting the increase in the CMSO deadlines, no good cause exists to stay discovery.

The Defendants also moved to file a Reply Brief in the Plaintiff's Response in Opposition. That Motion is now moot and due to be denied as such.

Accordingly, it is now

**ORDERED:**

The Defendants, Margret J., and Michael Bravieri's Motion to Enlarge the Case Management and Scheduling Order Deadlines and/or Stay Discovery (Doc. #143) is **GRANTED in part and DENIED in part**.

(1) The Defendants, Margret J., and Michael Bravieri's Motion to Enlarge the Case Management and Scheduling Order Deadlines is **GRANTED**.

(2) The Defendants, Margret J., and Michael Bravieri's Motion Stay Discovery is **DENIED.**

(3) The Defendants, Margaret and Richard Bravieri filed a Motion to file a Reply to Plaintiff's Opposition to Defendants' Motion to Extend Discovery (Doc. # 148) is **DENIED as moot**.

(4) The Case Management and Scheduling Order is modified as follows:

| Disclosure of Experts        Plaintiff:<br>Defendant: | **August 16, 2010**<br>**August 25, 2010** |
|---|---|
| Discovery Deadline | **October 25, 2010** |
| Mediation        Deadline: | **November 5, 2010** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | **November 19, 2010** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **February 7, 2011** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **March 3, 2011** |
| Final Pretrial Conference        Date:<br>Time:<br>Judge: | **March 21, 2011**<br>**1:30pm**<br>**Hon. Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **April 5, 2011** |

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
    DCCD