UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL JAMES, LLC a Florida limited liability
company doing business as Pine Ridge
Coachworks,

                Plaintiff,

-vs-                                                Case No. 2:08-cv-716-FtM-36SPC

PINE RIDGE IMPORTS OF NAPLES, INC. a
Florida corporation; RICHARD E. BRAVIERI
individually; MARGRET J. BRAVIERI
individually; VARIOUS JOHN DOES; VARIOUS
JANE DOES; ABC COMPANIES,

                Defendants.
_____

## **ORDER**

This matter comes before the Court on the Defendants Pine Ridge Imports of Naples, Inc., Richard Bravieri, and Margaret Braveri's Motion for Clarification of Court Order Pertaining to Defendants' Motion to Compel Discovery (Doc. #157 ) filed on April 22, 2010, the Defendants' Second Motion to Compel Documents Responsive to Requests for Production (Doc. #165 ) filed on May 7, 2010, and the Defendants Motion to File a Reply to the Plaintiff's Opposition to the Defendants' Motion for Clarification of the Court's Order Pertaining to Discovery (Doc. #166) filed on May 12, 2010.

Based upon the proceedings to date, the Court finds it necessary, in order to expedite the discovery in this litigation and in the best interest of the Parties involved, for the Court to hold a hearing on the outstanding discovery in this case. The Parties are to bring all requested documents that have yet to be produced with them to hearing and be prepared to provide the Court and or the

opposing Party with complete and verified answers to any outstanding interrogatories.

Accordingly, it is now

**ORDERED:**

The Parties Counsel **shall appear in person** before the undersigned at the United States Courthouse and Federal Building, Courtroom 5-D , 2110 First Street, Fort Myers, Florida, on **June 9, 2010, at 9:30am** for a discovery hearing. All outstanding discovery is to be brought with Counsel to the hearing and the Parties shall be prepared to make arguments regarding their respective positions on any and all outstanding discovery.

**DONE AND ORDERED** at Fort Myers, Florida, this ___25th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record