UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL JAMES, LLC a Florida limited liability
company doing business as Pine Ridge
Coachworks,

                Plaintiff,

-vs-                                                                        Case No. 2:08-cv-716-FtM-36SPC

PINE RIDGE IMPORTS OF NAPLES, INC. a
Florida corporation; RICHARD E. BRAVIERI
individually; MARGRET J. BRAVIERI
individually; VARIOUS JOHN DOES; VARIOUS
JANE DOES; ABC COMPANIES,

                Defendants.
_____

## ORDER

This matter comes before the Court on Plaintiff Michael James, LLC, d/b/a/ Pine Ridge Coachworks and Third Party Defendant Michael Bauer's Motion for an Extension of Time to Respond to Discovery (Doc. #184) filed on July 12, 2010. As grounds, the parties state that it is unclear what law firm has been retained by UP&C insurance to represent Michael Bauer. Thus, a 14-day extension of time is requested to respond to Defendant Naples Body & Fender First Set of Interrogatories to Plaintiff Michael Bauer; Defendant Naples Body & Fender Request for Production of Documents to Plaintiff Michael Bauer; Defendant Naples Body & Fender First Set of Interrogatories to Plaintiff Michael James, LLC; and Defendant Naples Body & Fender Request for Production of Documents to Plaintiff Michael James, LLC served on June 11, 2010. For good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Plaintiff Michael James, LLC, d/b/a/ Pine Ridge Coachworks and Third Party Defendant Michael Bauer's Motion for an Extension of Time to Respond to Discovery (Doc. #184) is **GRANTED**. The parties are granted an extension of 14 days within which to respond to Third-Party Defendant Naples Body & Fender's discovery served on June 11, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record