UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL JAMES, LLC a Florida limited liability
company doing business as Pine Ridge
Coachworks,

          Plaintiff,

-vs-                                        Case No. 2:08-cv-716-FtM-36SPC

PINE RIDGE IMPORTS OF NAPLES, INC. a
Florida corporation; RICHARD E. BRAVIERI
individually; MARGRET J. BRAVIERI
individually; VARIOUS JOHN DOES; VARIOUS
JANE DOES; ABC COMPANIES,

          Defendants.
_____

**ORDER**

This matter comes before the Court on a Motion by Plaintiff/Counter-Defendant Michael James, LLC, d/b/a Pine Ridge Coachworks and Third Party Defendant Michael Bauer to Extend the Expert Disclosure Deadlines (Doc. #191) filed on July 19, 2010. The Parties request a 30-day extension of the expert report deadline due to the fact that no authorization has been provided by the insurance carrier which would permit retention of any of the experts sought. Thus, for good cause shown the Court will grant the 30-day extension.

Accordingly, it is now

**ORDERED:**

The Motion by Plaintiff/Counter-Defendant Michael James, LLC, d/b/a Pine Ridge Coachworks and Third Party Defendant Michael Bauer to Extend the Expert Disclosure Deadlines

(Doc. #191) is **GRANTED**.  Plaintiffs shall disclose experts by **September 15, 2010.**  Defendants shall disclose experts by **September 24, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record